**NAME:** ERIC JEROME PHILLIPS JR.

**PRISON IDENTIFICATION/BOOKING NO.:** 2022215626

**ADDRESS OR PLACE OF CONFINEMENT:** J.B.D.C. JAIL
INDIO, CA 92201

Note: If represented by an attorney, provide name, address, & telephone number. *It is your responsibility to notify the Clerk of Court in writing of any change of address.*

**EMERGENCY PETITION FOR WRIT OF HABEAS CORPUS** *fee due*

FILED CLERK, U.S. DISTRICT COURT
JAN 22 2024
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**FULL NAME** (Include name under which you were convicted): ERIC JEROME PHILLIPS JR. AKA ET

**CASE NUMBER:** EDCV24-146-JGB (MAA)

Petitioner,

**CR** RIF2203700
Criminal case under which sentence was imposed.

D.B.A. BISMILLAAHI VI ET KA RAHEEM
v.
AKBAR I

SHERIFF CHAD BIANCO

NAME OF WARDEN, (or other authorized person having custody of petitioner)

Respondent.

**PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY (28 U.S.C. § 2241)**

*NOTICE: A PETITION FOR WRIT OF HABEAS CORPUS WAS FILED IN U.S. COURT OF APPEALS IN 9TH CIRCUIT APPROX. 1/12/2024*

## INSTRUCTIONS - READ CAREFULLY

This petition shall be legibly handwritten or typewritten and signed by the petitioner under penalty of perjury. You must set forth CONCISELY the answer to each question in the proper space on the form. Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury.

You must not attach separate pages to this petition except that ONE separate additional page is permitted in answering Question No. 9.

Upon receipt of a fee of $5.00, your petition will be filed if it is in proper order.

If you are seeking leave to proceed *in forma pauperis* (without paying the $5.00 filing fee and other court costs), then you must also execute the declaration on the last page, setting forth information that establishes your inability to pay the fees and costs of the proceedings or to give security therefor. If you wish to proceed *in forma pauperis*, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution. If your prison account exceeds $25.00, you must pay the filing fee as required by the rule of the district court.

When the petition is completed, the original and 3 copies must be mailed to the Clerk of the United States District Court for the Central District of California, Edward R. Roybal Federal Building & U.S. Courthouse, 255 East Temple Street, Suite TS-134, Los Angeles, California 90012, ATTENTION: Intake/Docket Section.

Only one sentence, conviction, or parole matter may be challenged in a single petition. If you challenge more than one, you must do so by separate petitions.

\*I CONSENT WILLINGLY FOR A MAGISTRATE JUDGE TO CONDUCT ALL PROCEEDINGS OF THEE SAID WRIT\*

# JUDICIAL NOTICE 1/1

\*IN THEE FURTHERANCE OF MEETING A GOLDEN ONE WORLD ORDER ET AGE — COMES NOW THEE SAID PETITIONER IN ET FOR PRO/SE. TO HUMBLY ET MERCIFULLY PRAY THEE HIGH ET MAJESTIC PRESIDING HONORS— TAKE GREAT WEIGHT ET JUDICIAL NOTICE— INTO THEE FOLLOWING FACTS:

I) I HAVE FILED THIS PETITION IN A 2 PART ENVELOPE — THIS IS A COVER PAGE OR COPY OF FULL COMPLETE PETITION IN PART 1 ENVELOPE — TO WIT TOTAL AMOUNT OF PAGES IS /78 PAGES.

II) TO WIT — A PETITION FOR WRIT OF HABEAS CORPUS WAS FILED IN UNITED STATES COURT OF APPEAL IN ET FOR NINTH CIRCUIT BY I TO WHICH PETITION WAS FILED IN APPEAL IN COURT — SAID DOCKET No. 23-2010 ON AROUND 1/10/2024 — CONCERNS ALL FACTS OF THIS PETITION ET ALL CIVIL §1983 SUITS IN THIS HIGH COURT.

III) SAID PETITION CONCERNS SOLE GROUND/CHARGE OF TORTURE EXECUTED UPON ME ET OTHER LIKE BY RESPONDANT TO GUARANTEE/FORCE A GUILTY CONVICTION — TO WIT I PRAY FOR (USC) TO ISSUE WRIT — SPEEDY RELEASE.

UNDER THEE PAINS OF PERJURY, UNDER THEE LAWS OF UNITED STATES, DO I SOLEMNLY SWEAR SUPRA FACTS TO BE TRUE ET TO BE UNDER DURESS \*EXECUTED ON: 1/14/24 RAHEEM AKBAR

PLEASE COMPLETE THE FOLLOWING: (*Check appropriate number*)

This petition concerns:
1. ☒ a conviction.
2. ☐ a sentence.
3. ☒ jail or prison conditions.
4. ☐ prison discipline.
5. ☐ a parole problem.
6. ☒ other.

# PETITION

1. Place of detention J.B.D.C./INDIO, CA 92201 → COUNTY OF RIVERSIDE GAOL
2. Name and location of court that imposed sentence RIVERSIDE HALL OF JUSTITIA RIVERSIDE, CA 92501
3. The indictment number or numbers (if known) upon which, and the offense or offenses for which, sentence was imposed:
   a. RIF1603395 DISMISSED REFILED AS-
   b. CASE NO. RIF2203700 SAME CHARGES UNDER:
   c. CA PENAL CODE: 1) 664/187  2) 664/187  3) 245(a)  4) 664/211
4. The date upon which sentence was imposed and the terms of the sentence:
   a. N/A — TERMS OF LIFE SENTENCE;
   b. _____
   c. _____
5. Check whether a finding of guilty was made: N/A → SEE ATTACHMENTS
   a. ☐ After a plea of guilty
   b. ☐ After a plea of not guilty
   c. ☐ After a plea of nolo contendere
6. If you were found guilty after a plea of not guilty, check whether that finding was made by: N/A
   a. ☐ a jury
   b. ☐ a judge without a jury
7. Did you appeal from the judgment of conviction or the imposition of sentence? ☒ Yes  ☐ No
8. If you did appeal, give the following information for each appeal:

   **CAUTION:** *If you are attacking a sentence imposed under a federal judgment, you must first file a direct appeal or motion under 28 U.S.C. § 2255 in the federal court that entered the judgment.*

   a. (1) Name of court RIVERSIDE HALL OF JUSTITIA
      (2) Result WRIT OF HABEAS PETITION FILED 5 TIMES ET
      (3) Date of result ALL DENIED WITH NO HEARING 2018 TO 2023
      (4) Citation or number of opinion DO NOT HAVE ACCESS TO/SEE ATTACHMENTS

(5) Grounds raised (*list each*):
 (a) ALL OF SAME GROUNDS CHARGED IN THIS PETITION
 (b) _____
 (c) _____
 (d) _____

b. (1) Name of court CA COURT OF APPEALS ET CA SUPREME COURT
 (2) Result 15 PETITIONS FOR WRIT OF HABEAS CORPUS FILED ET
 (3) Date of result ALL DENIED FROM 2018 TO 2023 - NO HEARINGS
 (4) Citation or number of opinion DO NOT HAVE ACCESS TO / SEE ATTACHMENTS
 (5) Grounds raised (*list each*):
 (a) ALL OF SAME GROUNDS CHARGED IN THIS PETITION
 (b) _____
 (c) _____
 (d) _____

9. State CONCISELY every ground on which you claim that you are being held unlawfully. Summarize briefly the facts supporting each ground. If necessary, attach a SINGLE page only behind this page.

   **CAUTION:** *If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date. You must state facts, not conclusions, in support of your grounds. A rule of thumb to follow: state WHO did exactly WHAT to violate your rights at WHAT time and place.*

   a. Ground one: COUNTY OF RIVERSIDE OFFICIALS USED TORTURE TO SECURE GUILTY CONVICTION - VIOLATION OF XIV AMENDMENT
   Supporting FACTS (tell your story BRIEFLY without citing cases or law):
   * SEE: ATTACHMENTS:
   I) SWORN DECLARATION OF FACTS
   II) MEMORANDUM OF LAW ET UNDERSTANDING
   III) PRAYER FOR ET OF RELIEF

   b. Ground two: COUNTY OF RIVERSIDE OFFICIALS FORCED - INEFFECTIVE ASSISTANCE OF COUNSEL - VI AMENDMENT VIOLATION
   Supporting FACTS (tell your story BRIEFLY without citing cases or law):
   * SEE: ATTACHMENTS:
   I) SWORN DECLARATION OF FACS
   II) MEMORANDUM OF LAW ET UNDERSTANDING
   III) PRAYER FOR ET OF RELIEF

c. Ground three: COUNTY OF RIVERSIDE BANNED FARETTA GUARANTEE TO SILENCE ET CONVICT PETITIONER - I ET VI AMENDMENT VIOLATION

Supporting FACTS (tell your story BRIEFLY without citing cases or law):
*SEE: ATTACHMENTS:
I) SWORN DECLARATION OF FACTS
II) MEMORANDUM OF LAW ET UNDERSTANDING
III) PRAYER FOR ET OF RELIEF

d. Ground four: _____

Supporting FACTS (tell your story BRIEFLY without citing cases or law):

10. Have you filed previous petitions for habeas corpus, motions under Section 2255 of Title 28, United States Code, or any other applications, petitions, or motions with respect to this conviction? ☒ Yes ☐ No

11. If your answer to Question No. 10 was yes, give the following information:
   a. (1) Name of Court SEE QUESTION NO. 8 FOR
      (2) Nature of proceeding FULL DETAILS OF THIS PETITION
      (3) Grounds raised _____

      (4) Result _____
      (5) Date of result _____
      (6) Citation or number of any written opinions or orders entered pursuant to each disposition.
         HAVE NO ACCESS TO SUCH AT THIS TIME

b. (1) Name of Court  SEE QUESTION No. 8 FOR
   (2) Nature of proceeding  FULL DETAILS OF THIS PETITION
   (3) Grounds raised _____

   (4) Result _____
   (5) Date of result _____
   (6) Citation or number of any written opinions or orders entered pursuant to each disposition.
   HAVE NO ACCESS TO SUCH AT THIS TIME

12. If you did not file a motion under Section 2255 of Title 28, United States Code, or if you filed such a motion and it was denied, state why your remedy by way of such motion is inadequate or ineffective to test the legality of your detention:
N/A → UNDER COUNTY OF RIVERSIDE CONFINEMENT PRETRIAL DETAINEE OF STATE OF CA CRIMINAL SUIT

13. Are you presently represented by counsel? ☒ Yes ☐ No
If so, provide name, address, and telephone number JUST IN CRIMINAL SUIT / FORCED TO BE REPRESENTED BY COUNSEL: RENANTO CERVANTES/I.D.#240852
Case name and court RIF2203700 / RIVERSIDE HALL OF JUSTICE COUNTY OF RIVERSIDE SUPERIOR COURT IN STATE OF CA

14. If you are seeking leave to proceed in forma pauperis, have you completed the declaration setting forth the required information?  ☒ Yes ☐ No

WHEREFORE, petitioner prays that the court grant petitioner relief to which he may be entitled in this proceeding,

_____ RAHEEM AKBAR I
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on JANURARY 4TH, 2024                       _____ RAHEEM M AKBAR I
                Date                                          Signature of Petitioner



ERIC PHILLIPS # 2022015626
JBDC JAIL
P.O. BOX 1748
INDIO, CA 92201

* PART: 2 OF 2
DATE: 1/16/2024

LEGAL MAIL

ATTN: PRO SE CLERK OF COURT
U.S. DISTRICT COURT
255 EAST TEMPLE STREET
SUITE TS-134
LOS ANGELES, CA 90012

